**The relief described hereinbelow is SO ORDERED.**

**Signed May 22, 2020.**

**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRAVIS JEVON WINN | § | CASE NO. 20-50799 |
| RUTH GRISELDA WINN | § | |
| DEBTORS | § | |
| | § | |
| | § | |
| FORD MOTOR CREDIT COMPANY LLC | § | |
| MOVANT | § | |
| | § | |
| v. | § | |
| | § | |
| TRAVIS JEVON WINN and | § | |
| RUTH GRISELDA WINN and | § | |
| JOHNNY W. THOMAS, TRUSTEE | § | |
| RESPONDENTS | § | |

## AGREED ORDER LIFTING STAY

Movant FORD MOTOR CREDIT COMPANY LLC ("Movant") seeks relief from the
automatic stay as to the 2017 Ford F150 bearing Vehicle Identification Number
1FTEW1CP3HKD17502 ("Property"). Debtors TRAVIS JEVON WINN and RUTH GRISELDA
WINN and Movant have agreed to the termination of the automatic stay as to the Property as to

Movant. The Court, after determining that it had jurisdiction over the parties and after reviewing the pleadings;

ORDERS that the automatic stay as to the 2017 Ford F150 bearing Vehicle Identification Number 1FTEW1CP3HKD17502, is terminated as to Movant.

IT IS FURTHER ORDERED that Movant may immediately enforce and implement this Order.

# # #

**PROPOSED ORDER
SUBMITTED BY:**

R. LEE TURBYFILL
lturbyfill@dntlaw.com (E-mail)
State Bar of Texas No. 24075191
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338 (Phone)
(713) 586-7053 (Fax)
ATTORNEY FOR MOVANT

OF COUNSEL:
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338 (Phone)
(713) 586-7053 (Fax)

**APPROVED AS TO
FORM AND CONTENT:**

J. TODD MALAISE
notices@malaiselawfirm.com (E-mail)
State Bar of Texas No. 00796984
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
(210) 732-6699 (Phone)
(210) 732-5826 (Fax)
ATTORNEY FOR DEBTORS

2